# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 14-58747 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | MERRIN, DOUGLAS AND MERRIN, BARBARA E | Date Filed (f) or Converted (c): | 12/20/2014 (f) |
| For the Period Ending: | 3/26/2015 | §341(a) Meeting Date: | 02/10/2015 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Commercial real property located at State Route 43, Amsterdam County, Ohio 43903 (Jefferson County, Ohio) | $210,000.00 | $0.00 | | $0.00 | FA |
| 2 | Vacant real property consisting of eight (8) apartment units located at 103 N. Main Street, Amsterdam, Ohio 43903 (Jefferson County, Ohio) (Unoccupied) | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 3 | Personal checking account at HNB | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Store checking account at HNB (-$3,000.00) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. household goods | $700.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding ring and misc. costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Revolver | $250.00 | $0.00 | | $0.00 | FA |
| 9 | UMWA Service Pension | $160.00 | $0.00 | | $0.00 | FA |
| 10 | Owners of Merrin's Market | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Liquor License for beer and wine | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 12 | Mansion Mobile Home | $10,000.00 | $0.00 | | $0.00 | FA |
| 13 | 0ne (1) 2010 Ford Escape | $5,000.00 | $0.00 | | $0.00 | FA |
| 14 | One (1) 2009 GMC Sierra | $5,000.00 | $0.00 | | $0.00 | FA |
| 15 | Store fixtures | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 16 | (Gasoline ($6,000.00) and Groceries ($5,000.00)) (u) | $11,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | The Trustee is investigating the fuel in the tanks at the Store as a possible asset. | | | | | |
| 17 | 2014 Federal and State Income Tax Refund (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | The Trustee is investigating the Debtors taxes as a possible asset. | | | | | |
| 18 | Preference - Albert Guarneri (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | The Trustee is investigating the possible preference payment as an asset. | | | | | |
| 19 | Preference - Belmont Petroleum (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | The Trustee is investigating the possible preference payment as an asset. | | | | | |
| 20 | Preference - Chas Sledd (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | The Trustee is investigating the possible preference payment as an asset. | | | | | |

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 2

| Case No.: | 14-58747 | Trustee Name: | Brent A. Stubbins |
| Case Name: | MERRIN, DOUGLAS AND MERRIN, BARBARA E | Date Filed (f) or Converted (c): | 12/20/2014 (f) |
| For the Period Ending: | 3/26/2015 | §341(a) Meeting Date: | 02/10/2015 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21  Preference - Choice Brand Ohio  (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: The Trustee is investigating the possible preference payment as an asset. |||||||
| 22  Preference - Jack Allen  (u) | $0.00 | $10,532.82 | | $10,532.82 | FA |
| Asset Notes: The Trustee is investigating the possible preference payment as an asset. |||||||
| 23  Preference - Sysco Food  (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: The Trustee is investigating the possible preference payment as an asset. |||||||
| 24  Preference - Westbanco Bank  (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: The Trustee is investigating the possible preference payment as an asset. |||||||

**TOTALS (Excluding unknown value)**                                                                                           **Gross Value of Remaining Assets**

| | $293,210.00 | $60,532.82 | | $10,532.82 | $0.00 |

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**  12/20/2015

/s/ BRENT A. STUBBINS  
BRENT A. STUBBINS