# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| **Case No.:** | 14-58747 |
| **Case Name:** | MERRIN, DOUGLAS AND MERRIN, BARBARA E |
| **For the Period Ending:** | 09/30/2015 |

| | |
|---|---|
| **Trustee Name:** | Brent A. Stubbins |
| **Date Filed (f) or Converted (c):** | 12/20/2014 (f) |
| **§341(a) Meeting Date:** | 02/10/2015 |
| **Claims Bar Date:** | 06/24/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Commercial real property located at State Route 43, Amsterdam County, Ohio 43903 (Jefferson County, Ohio) | $210,000.00 | $0.00 | | $0.00 | $210,000.00 |
| | **Asset Notes:** The Mortgagee is trying to sell the Convenience Store and has agreed to a carve out dependent on the buyer signing the purchase offer. | | | | | |
| 2 | Vacant real property consisting of eight (8) apartment units located at 103 N. Main Street, Amsterdam, Ohio 43903 (Jefferson County, Ohio) (Unoccupied) | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 3 | Personal checking account at HNB | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Store checking account at HNB (-$3,000.00) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. household goods | $700.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding ring and misc. costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Revolver | $250.00 | $0.00 | | $0.00 | FA |
| 9 | UMWA Service Pension | $160.00 | $0.00 | | $0.00 | FA |
| 10 | Owners of Merrin's Market | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Liquor License for beer and wine | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 12 | Mansion Mobile Home | $10,000.00 | $0.00 | | $0.00 | FA |
| 13 | 0ne (1) 2010 Ford Escape | $5,000.00 | $0.00 | | $0.00 | FA |
| 14 | One (1) 2009 GMC Sierra | $5,000.00 | $0.00 | | $0.00 | FA |
| 15 | Store fixtures | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 16 | (Gasoline ($6,000.00) and Groceries ($5,000.00))          (u) | $11,000.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** The Trustee is investigating the fuel in the tanks at the Store as a possible asset. | | | | | |
| 17 | 2014 Federal and State Income Tax Refund          (u) | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** The Trustee is investigating the Debtors taxes as a possible asset. | | | | | |
| 18 | Preference - Albert Guarneri          (u) | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** The Trustee is investigating the possible preference payment as an asset. | | | | | |
| 19 | Preference - Belmont Petroleum          (u) | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** The Trustee is investigating the possible preference payment as an asset. | | | | | |
| 20 | Preference - Chas Sledd          (u) | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 14-58747 | | | | Trustee Name: | Brent A. Stubbins |
| Case Name: | MERRIN, DOUGLAS  AND MERRIN, BARBARA E | | | | Date Filed (f) or Converted (c): | 12/20/2014 (f) |
| For the Period Ending: | 09/30/2015 | | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | | Claims Bar Date: | 06/24/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: | The Trustee is investigating the possible preference payment as an asset. | | | | | |
| 21 | Preference - Choice Brand Ohio                    (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | The Trustee is investigating the possible preference payment as an asset. | | | | | |
| 22 | Preference - Jack Allen                    (u) | $0.00 | $10,532.82 | | $10,532.82 | FA |
| Asset Notes: | The Trustee is investigating the possible preference payment as an asset. | | | | | |
| 23 | Preference - Sysco Food                    (u) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Preference - Westbanco Bank                    (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | The Trustee is investigating the possible preference payment as an asset. | | | | | |

| | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | | | | |
| | $293,210.00 | $60,532.82 | | $10,532.82 | $210,000.00 |

**Major Activities affecting case closing:**

09/24/2015    FOR 9/30/2015 TIR. I HAD PLACED THIS CASE IN TFR SUBMITTED STATUS, BUT THE MORTGAGEE ON THE FORMER GAS STATION SEEMS TO HAVE FOUND A BUYER AND WILL KNOW WITHIN A WEEK WHETHER THERE IS A SALE FOR ME TO NOTICE.

05/13/2015    Do TFR

| Initial Projected Date Of Final Report (TFR): | 12/20/2015 | Current Projected Date Of Final Report (TFR): | 12/20/2015 | /s/ BRENT A. STUBBINS |
| | | | | BRENT A. STUBBINS |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 14-58747 |
| Case Name: | MERRIN, DOUGLAS  AND MERRIN, BARBARA E |
| Primary Taxpayer ID #: | **-***5732 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2014 |
| For Period Ending: | 09/30/2015 |

| | |
|---|---|
| Trustee Name: | Brent A. Stubbins |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0205 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2015 | (22) | Jack Allen | Preference Payment | 1241-000 | $10,532.82 | | $10,532.82 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.68 | $10,525.14 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $16.44 | $10,508.70 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $16.96 | $10,491.74 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $16.39 | $10,475.35 |
| 09/28/2015 | | Pinnacle BaNK | Bank fee for July 2015 | 2600-000 | | $16.91 | $10,458.44 |
| 09/28/2015 | | Pinnacle Bank | Bank Fee for August 2015 | 2600-000 | | $16.91 | $10,441.53 |

| | | | |
|---|---|---|---|
| TOTALS: | $10,532.82 | $91.29 | $10,441.53 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $10,532.82 | $91.29 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $10,532.82 | $91.29 | |

| For the period of  10/01/2014 to 09/30/2015 | | For the entire history of the account between 03/16/2015  to 9/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,532.82 | Total Compensable Receipts: | $10,532.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,532.82 | Total Comp/Non Comp Receipts: | $10,532.82 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $91.29 | Total Compensable Disbursements: | $91.29 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $91.29 | Total Comp/Non Comp  Disbursements: | $91.29 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 14-58747 | |
| Case Name: | MERRIN, DOUGLAS AND MERRIN, BARBARA E | |
| Primary Taxpayer ID #: | **-***5732 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2014 | |
| For Period Ending: | 09/30/2015 | |

| | |
|---|---|
| Trustee Name: | Brent A. Stubbins |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0205 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $10,532.82 | $91.29 | $10,441.53 |

**For the period of 10/01/2014 to 09/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,532.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,532.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $91.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2015 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,532.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,532.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $91.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ BRENT A. STUBBINS

BRENT A. STUBBINS